IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN NANNI,<br>an individual, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 1:18-cv-00234-RGA |
| v. | ) ) | |
| FP SPE LLC,<br>a Delaware Limited Liability Company, | ) ) ) | |
| Defendant. | ) ) / | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed

between the parties, each party shall bear its respective fees and costs.

Dated: October 2, 2018

Respectfully Submitted,                                      Respectfully Submitted,


*/s/ David T. Crumplar*                                      */s/ Phillip A. Giordano*
David T. Crumplar (#5876)                            Phillip A. Giordano (DSB# 5756)
Jacobs & Crumplar, P.A.                                 GORDON, FOURNARIS &
750 Shipyard Drive, Suite 200                        MAMMARELLA, P.A.
Wilmington, DE 19801                                   1925 Lovering Avenue
Telephone: (302) 656-5445                             Wilmington, DE 19806
Facsimile: (302) 656-5875                               Telephone: (302) 652-2900
davy@jcdelaw.com                                        Facsimile: (302) 652-2348
                                                                      pgiordano@gfmlaw.com


SO ORDERED this _3_ day of _OCt._, 201_8_

_Richard G. Andrews_
United States District Judge

1